UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 06 125 ML
:
v. : In violation of 26 U.S.C. § 7206(1)
:
IRWIN KALMER :

## INFORMATION

The United States Attorney charges that:

## COUNT 1

On or about April 14, 2003, defendant IRWIN KALMER, in the District of Rhode Island, did willfully make and subscribe a false U.S. Income Tax Return, Form 1040, on behalf of himself, for the calendar year 2002, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said income tax return he did not believe to be true and correct as to every material matter, in that the said return reported $61,890 in Gross Receipts or Sales, on Schedule C, line item 1, whereas, defendant IRWIN KALMER, then and there well knew and believed that he received Gross

Receipts substantially in addition to the amount reported.

All in violation of 26 U.S.C. § 7206(1).

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 11/1/06