AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States of America

V.

Irwin Kalmer

**APPEARANCE**

Case Number: 06-cr-00125-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Irwin Kalmer

I certify that I am admitted to practice in this court.

11/3/2006
Date

Signature

James P. Redding (RI-2976)
Print Name Bar Number

Greenberg Traurig, LLP One International Place
Address

Boston MA 02110
City State Zip Code

(617) 310-6000 (617) 310-6001
Phone Number Fax Number