O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
IRWIN KALMER

WAIVER OF INDICTMENT

CASE NUMBER: CR 06 125 ML

I, IRWIN KALMER, the above named defendant, who is accused of

filing a false Income Tax Return

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-15-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

IRWIN KALMER
Defendant

JAMES P. REDDING, ESQ.
Counsel for Defendant

Before David L. Martin
Judicial Officer