AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

IRWIN KALMER

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 06-125ML

RECEIVED

NOV 03 2006

US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)

IRWIN KALMER
Please Contact U.S. Probation prior to hearing date at 752-7300

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Wednesday, November 15, 2006 at 3:00 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 26 Section(s) 7206(1)

Brief description of offense:

FILING A FALSE INCOME TAX RETURN

Signature of Issuing Officer

November 3, 2006
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 11/15/06 1:50 PM

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC, PROVIDENCE, RI CTRM A

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/15/06
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

FILED
2006 NOV 16 P 12:33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND