**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. 06-00125-01ML**

**IRWIN KALMER**

**DEFENDANT IRWIN KALMER'S MOTION FOR DOWNWARD DEPARTURE AND/OR MOTION FOR SENTENCE VARIANCE PURSUANT TO *UNITED STATES v. BOOKER*, 543 U.S. 220 (2005) AND 18 U.S.C. § 3553(a)**

Now comes Defendant Irwin Kalmer and respectfully moves this Court to depart downward from the applicable guidelines range pursuant to U.S.S.G. § 5H1.6 and alternatively, moves for a sentence variance pursuant to and *United States v. Booker*, 543 U.S. 220 (2005) and 18 U.S.C. § 3553(a), resulting in a departure or variance from a Level 13 (12-18 months), to a Level 10, a term of probation with a special condition of six months home confinement.

In support thereof, the defendant submits the attached memorandum setting forth the factual and legal grounds for this motion.

Respectfully submitted,

IRWIN KALMER

By his attorney,

___/s/_James P. Redding____________
James P. Redding (Bar No. 2976)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel. 617-310-6000
Fax 617-310-6001

**CERTIFICATE OF SERVICE**

I, James P. Redding, Esq. hereby state that on May 3, 2007, I have caused to be served a copy of the foregoing and attachments, by e-mail and overnight mail upon: Andrew J. Reich, Assistant U.S. Attorney, United States Courthouse, One Exchange Terrace, Providence, RI 02903 and Heather McLoughlin, U.S. Probation Officer, United States Probation Office, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

__/s/_James P. Redding
James P. Redding